IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM LANE**                                                              **PLAINTIFF**
**ADC #155843**

v.                              No. 4:25-cv-279-DPM

**STEPHEN LANE, Captain, E.A.R.U and**                    **DEFENDANTS**
**DEXTER PAYNE, Director, ADC**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 4*, and overrules Lane's objections, *Doc. 5*. Fed. R. Civ. P. 72(b)(3). Lane's complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2025