IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM LANE                                                                                   PLAINTIFF
ADC #155843

v.                                    No. 4:25-cv-279-DPM

STEPHEN LANE, Captain, E.A.R.U and                                          DEFENDANTS
DEXTER PAYNE, Director, ADC

## JUDGMENT

Lane's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 April 2025